C. A. No. 73-32. STATE v. ROBERT J. KEENAN. Defendant ordered to appear before Supreme Court on October 1, 1973 at

9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Richard J. Israel,* Attorney General, for plaintiff. *Joseph M. Berg,* for defendant.